IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| AUDREY HUDSON<br>4728 Idlewilde Rd.<br>Shady Side, MD 20764<br><br>and<br><br>THE WASHINGTON TIMES, LLC<br>3600 New York Ave., NE<br>Washington, DC 20002<br><br>Movants,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY<br>425 Murray Lane, Bldg. 410<br>Washington, DC 20528<br><br>Respondent. | Civil Action No. _____ |

## MOTION FOR RETURN OF PROPERTY

Pursuant to Federal Rule of Criminal Procedure 41(g), AUDREY HUDSON and THE WASHINGTON TIMES, LLC, by counsel, respectfully hereby move the Court to enter an Order for the return of their property that has been unlawfully seized by the Respondent UNITED STATES DEPARTMENT OF HOMELAND SECURITY in violation of the Fourth and First Amendments to the Constitution of the United States. In support thereof, Movants rely upon the grounds set forth in their accompanying Memorandum in Support of Motion for Return of Property.

Wherefore, Movants Audrey Hudson and The Washington Times, LLC, respectfully pray that their Motion be granted, that the Court enter an Order in accordance with the proposed Order submitted herewith requiring Respondent United States Department of Homeland Security

-2-

to return to Movants all property that has been unlawfully seized, together with all documents and materials derived from, or created based upon, such unlawfully seized property, and that the Court award to Movants such other and further relief as the Court deems to be just and proper.

Dated: November 21, 2013　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Charles S. Leeper (Bar No. 07296)
　　　　　　　　　　　　　　　　　　　　　Allen V. Farber (Bar No. 04349)
　　　　　　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　　　　1500 K Street N.W.
　　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20005-1209
　　　　　　　　　　　　　　　　　　　　　Telephone:　(202) 842-8800
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(202) 842-8465
　　　　　　　　　　　　　　　　　　　　　Email:　　　Charles.Leeper@dbr.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Allen.Farber@dbr.com

*Attorneys for Movants*
*Audrey Hudson*
*The Washington Times, LLC*