# EXHIBIT G

NewsRoom

4/26/05 Wash. Times (D.C.) A12
2005 WLNR 6524189

Washington Times (DC)
Copyright (c) 2005 Washington Times. All rights reserved.

April 26, 2005

Section: NATION

Marshal files suit, gets his job back Had criticized federal agency

By Audrey Hudson, THE WASHINGTON TIMES

An air marshal placed on six months administrative leave for criticizing the Federal Air Marshal Service (FAMS) was reinstated one day after he filed a lawsuit that accuses the agency of violating his constitutional right to free speech.

Marshals say that there is a pattern of disciplinary action for criticizing their agency within the Homeland Security Department and that Frank Terreri was suspended in retaliation for his activities as president of the air marshals unit of the Federal Law Enforcement Officers Association (FLEOA).

Mr. Terreri was suspended six days after the professional association voted "no confidence" in agency Director Thomas D. Quinn and called for his resignation. Mr. Terreri issued an Oct. 7 press release detailing the vote.

Dave Adams, spokesman for FAMS, said the lawsuit had no bearing on Mr. Terreri's reinstatement.

"I can assure you the timeliness of the two have no correlation at all," he said.

Mr. Terreri was removed from duty Oct. 13 by FAMS officials, who requested that the Office of Professional Responsibility (OPR) investigate an e-mail he sent to fellow agents. Mr. Adams described it as creating a hostile work environment.

"The OPR review has been received and is pending a headquarters review by the FAMS. We have no reason not to put him back on flight status at this time, and that is what we did," said Mr. Adams, who refused to say when the investigation was completed.

Mr. Terreri's e-mail criticized agency managers for allowing national TV networks and magazines to view and report secret methods and operations, which - Mr. Terreri says - puts undercover marshals at risk.

The lawsuit was filed Thursday by the American Civil Liberties Union on behalf of Mr. Terreri and will continue despite reinstatement of the marshal. Mr. Terreri was alerted Friday that the OPR had cleared him of all charges and that he was to report to work Monday.

"We maintain this was a direct result of Frank being outspoken," said John Adler, FLEOA national first vice president. "We believe FAMS director Tom Quinn is exploiting the OPR process by expeditiously referring anyone with a different opinion to OPR for investigation."

The lawsuit names Department of Homeland Security Secretary Michael Chertoff and Mr. Quinn and challenges a policy that prohibits air marshals from using "speech, writing or other expressions to criticize" the Federal Air Marshal Service. Marshals also are prohibited from talking to each other on the Internet or from making "any public statements concerning the FAMS."

About a dozen marshals who have questioned agency policy are under investigation by the OPR.

20050426091716-042605

---- Index References ----

Industry: (Homeland Security (1HO11); Security (1SE29))

Language: EN

Other Indexing: (AMERICAN CIVIL LIBERTIES UNION; DEPARTMENT OF HOMELAND; FAMS; FEDERAL AIR MARSHAL SERVICE; FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION; FLEOA; HOMELAND SECURITY DEPARTMENT; OFFICE OF PROFESSIONAL RESPONSIBILITY; OPR; TV) (Adams; Dave Adams; Frank; Frank Terreri; John Adler; Michael Chertoff; Quinn; Terreri; Thomas D. Quinn; Tom Quinn)

Word Count: 542

End of Document

© 2013 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works.    2