# EXHIBIT I

# MARYLAND DEPARTMENT OF STATE POLICE
## REQUEST FOR LABORATORY EXAMINATION - CHAIN OF CUSTODY LOG

**AGENCY TELEPHONE #:** (410) 953-8200

**INSTALLATION/AGENCY:** 40-CED
**CASE #:** 13-40-01346
**PROPERTY HELD #:**

**SUSPECT:** FLANAGAN, PAUL
**VICTIM:** STATE OF MARYLAND

**OFFENSE:** FIREARMS INVESTIGATION
**DATE OF OFFENSE:** 8/6/13
**COUNTY:** ANNE ARUNDEL

**TYPE EXAMINATION REQUESTED:** TRACE EVIDENCE ONLY
**EXAMINATION REQUESTED BY:**

### LIST OF ARTICLES

ITEM #1, KEY (LOCATED ON FLANAGAN'S PERSON)
ITEM #13 GALL'S BALLISTIC VEST
ITEM #23 MISC. MAIL ADDRESSED TO PAUL FLANAGAN
ITEM #27 MISC. DOCUMENTS

Released to: Miguel Bosch, S/A on 9/5/13  CGIS  [signature] Mgl Bosch

Released to: PAUL FLANAGAN on Behalf of Audrey HUDSON on 9/10/13
[signature]

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE EVIDENCE SUBMITTED IN THIS CASE, AND LISTED ABOVE, WHILE IN MY CUSTODY, REMAINED AND WAS DELIVERED IN ESSENTIALLY THE SAME CONDITION AS WHEN I RECEIVED IT, EXCEPT THAT MATERIAL OR PORTION THEREOF CONSUMED IN THE ANALYTICAL PROCESS AT THE CRIME LABORATORY, AND THAT I RECEIVED AND DELIVERED IT TO THE PERSON INDICATED ON THE DATE AND TIME STATED.

See Instructions on Back of Page 5

| Print and Sign Name or Location | Date | Time | Print and Sign Name or Location | Date | Time |
|---|---|---|---|---|---|
| Original Source: location or person from which evidence was obtained | | | 13. | | |
| 1. 4728 IDLEWILDE RD | | | 14. | | |
| 2. TFC V. HODGEN | 8/6/13 | 0500 | 15. | | |
| 3. CED EVIDENCE | 8/6/13 | 1130 | 16. | | |
| 4. Miguel Bosch S/A CGIS | 9/3/13 | 0930 | 17. | | |
| 5. CED Prop Room | 9/3/13 | 1030 | 18. | | |
| 6. | | | 19. | | |
| 7. | | | 20. | | |
| 8. | | | 21. | | |
| 9. | | | 22. | | |
| 10. | | | 23. | | |
| 11. | | | 24. | | |
| 12. | | | 25. | | |

MSP 57 (9/01)   *Line 2 - First person who takes possession of evidence at original source