**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **AUDREY HUDSON**<br>4728 Idlewilde Rd.<br>Shady Side, MD 20764<br><br>and<br><br>**THE WASHINGTON TIMES, LLC**<br>3600 New York Ave., NE<br>Washington, DC 20002<br><br>Movants,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**<br>425 Murray Lane, Bldg. 410<br>Washington, DC 20528<br><br>Respondent. | Civil Action No. 1:13-cv-03543-WDQ |

**STIPULATION REGARDING SERVICE OF PROCESS**

Movants, Audrey Hudson and The Washington Times, LLC, by counsel, and Respondent, United States Department of Homeland Security, by counsel, hereby stipulate and agree that service of process has been accomplished and that formal service requirements have been waived.  The parties further agree that Respondent's Response to Movants' Motion for Return of Property is due on or January 21, 2014.

The Clerk of the Court will please note on the docket and record herein that service of process has been accomplished and that Respondent's Response to Movants' Motion for Return of Property is due on or January 21, 2014.

-2-

Dated: December 18, 2013        By:  /s/ Charles S. Leeper
                                                Charles S. Leeper (Bar No. 07296)
                                                Allen V. Farber (Bar No. 04349)
                                                DRINKER BIDDLE & REATH LLP
                                                1500 K Street N.W.
                                                Suite 1100
                                                Washington, DC  20005-1209
                                                Telephone:  (202) 842-8800
                                                Facsimile:  (202) 842-8465
                                                Email:        Charles.Leeper@dbr.com
                                                                                 Allen.Farber@dbr.com

*Attorneys for Movants*
*Audrey Hudson*
*The Washington Times, LLC*


                                               By:  /s/ Thomas H. Barnard
                                               Thomas H. Barnard (Bar No. 27488)
                                               Assistant United States Attorney
                                               District of Maryland
                                               36 S. Charles Street
                                               Baltimore, MD 21201
                                               Telephone:  (410) 209-4873
                                               Facsimile:  (410) 962-2310
                                               Email:        Thomas.Barnard@usdoj.gov

*Attorney for Respondent*
*United States Department*
*of Homeland Security*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation Regarding Service of Process was served via certified U.S. mail and electronic mail on this 18th day of December, 2013 upon:

>Thomas H. Barnard
>Assistant United States Attorney
>District of Maryland
>36 S. Charles Street
>Baltimore, MD 21201

>>/s/ Charles S. Leeper
>>Charles S. Leeper