IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AUDREY HUDSON<br><br>and<br><br>THE WASHINGTON TIMES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

MOTION "GRANTED" THIS ___1st___ DAY OF

___May___, 20_14_.

_____
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO STAY PROCEEDINGS and
### REQUEST FOR MAGISTRATE JUDGE TO CONDUCT SETTLEMENT CONFERENCE

Plaintiffs and the Defendant, respectfully request this court stay all current proceedings in the above captioned matter, and refer this case to U.S. Magistrate Judge for an early settlement conference, to allow the Parties to attempt to resolve this matter through an early compromise, and in support of this motion state as follows:

1.      The Parties have met on numerous occasions and have agreed to meet with a Magistrate Judge, for the purposes of a settlement conference only, in an attempt to reach a mutually agreeable settlement of this case.

2.      The parties have, through their prior meetings, resolved a number of issues and believe a Magistrate Judge will be helpful in reaching a resolution of the remaining issues.

3.  Accordingly, the Parties jointly request that the proceedings in this matter be stayed until August 1, 2014, so that the Parties can focus on resolving the case.

4.  The Parties propose that, if no compromise is reached, the parties will file a Joint Status Report on August 1, 2014, proposing a new scheduling order for any remaining litigation.

Respectfully submitted,

By:\_\_\_/s/_____
Charles Leeper (07296)
Drinker, Biddle and Reath, LLP
1500 K. St. NW.
Suite 1100
Washington, DC 20005
P: 202-842-877
F: 202-842-8465
*Attorneys for Plaintiffs*

Rod J. Rosenstein
United States Attorney

By:\_\_\_/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar #27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
*Attorney for Defendant*