IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AUDREY HUDSON | * |
| and | * |
| THE WASHINGTON TIMES, LLC, | * |
| Plaintiffs, | * |
| v. | *   Civil No. WDQ-13-3543 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | * |
| Defendant. | * |

**********

### CONSENT MOTION FOR PROTECTIVE ORDER PERMITTING RETENTION OF INFORMATION PROTECTED BY THE PRIVACY PROTECTION ACT

BEFORE THIS COURT come the Plaintiffs, Audrey Hudson and The Washington Times, LLC and Defendant, United States Department of Homeland Security, by and through their undersigned counsel, to request entry of a Protective Order regarding certain records in the possession of the Defendant, specifically, the handwritten notes prepared by U.S. Coast Guard Special Agent Miguel Bosch on September 3, 2013, relating to documents seized from Audrey Hudson's home on August 6, 2013, (hereinafter "**Records**"), in which Plaintiffs assert an interest and aver contains information protected by the Privacy Protection Act 42 U.S.C. 2000a, *et. seq*, and seek entry of this Order in this case.   It is hereby:

ORDERED that the Defendant may maintain in its possession, the Records, including <u>certain information that Plaintiffs aver is protected by the Privacy Protection Act</u>, for a period not to exceed 36 months from the date of this order and it is further,

ORDERED that as long as the Defendant maintains the Records, the Defendant shall keep the Records, which it is aware that Plaintiffs assert an interest and aver contains information protected by the Privacy Protection Act 42 U.S.C. 2000a, *et. seq*, in the secure possession of Office of Claims and Litigation within the Judge Advocate General and Chief Counsel for the United States Coast Guard;

ORDERED that the Defendant is neither required nor permitted to retain identical or digital copies of the Records and Defendant shall destroy any and all such copies in whatever form;

ORDERED that the Defendant will ensure that the Records are not disclosed outside the Office of Claims and Litigation within the Judge Advocate General and Chief Counsel and that no one outside that Office will have access to the Records absent an order by this Court authorizing such disclosure;

ORDERED, that this protective order shall remain for as long as the Defendant maintains the Records, not to exceed 36 months from the date this Order is issued at which time Defendant shall destroy the Records and will thereupon provide to Plaintiffs' counsel written certification of destruction.  By agreement of the Parties, the obligations of this Order will survive the dismissal of this action.

SO AGREED:

Rod J. Rosenstein
United States Attorney

By: /s/
Charles S. Leeper (07296)
Allen V. Farber (04349)
Drinker, Biddle and Reath, LLP
1500 K. St. NW.
Suite 1100
Washington, DC 20005
P: 202-842-877
F: 202-842-8465
*Attorneys for Plaintiffs*

By: /s/
Thomas H. Barnard
Assistant United States Attorney
Bar #27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
*Attorney for Defendant*

SO ORDERED:

7/30/14
Date

The Honorable William D. Quarles
United States District Judge